IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMIL SROUR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3179 |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned case was transferred to this forum from the United States District Court for the Eastern District of Virginia. The government's Nebraska counsel entered an appearance on behalf of the defendant.

On August 26, 2009, the Clerk sent a letter to counsel for the plaintiff and the government's Virginia counsel stating they were not registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f), and were not registered for the court's Case Management/Electronic Case Filing System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1). Forms were forwarded with the letter for pro hac vice admittance and for registration on this court's CM/ECF System, and the attorneys were given fifteen days to respond. (Filing No. 18).

The government has moved to withdraw its Virginia counsel as counsel of record, (filing no. 22); plaintiff's counsel has not responded. The government has moved to continue the deadline for responding to the plaintiff's complaint pending entry of appearance by a plaintiff's attorney admitted to practice in this forum. (Filing No. 21). The government's motions will be granted.

Accordingly,

IT IS ORDERED:

1) The government's motion to withdraw Gerard Mene, Assistant U.S. Attorney for the Eastern District of Virginia, as counsel for record for the government, (filing no. 22), is granted.

2) On or before October 16, 2009, attorney Ivan Yacub shall submit the completed form and registration fee for pro hac vice admission in this court, and shall register for the CM/ECF System or show cause by written affidavit why he cannot comply with the rules of the court and this order.

3) The defendant's motion to continue the deadline for responding to the plaintiff's complaint, (filing no. 21), is granted, and the government's response shall be filed on or before November 4, 2009.

DATED this 18th day of September, 2009.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge