IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMIL SROUR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3179 |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's unopposed motion for an extension of time to respond to Defendant's motion to dismiss (filing 30). The motion shall be granted.

1. Plaintiff's motion (filing 30) requesting additional time in which to respond to Defendant's motion to dismiss (filing 27) is granted;

2. Plaintiff shall file a responsive brief on or before December 31, 2009;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

December 28, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge